UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAM CARMON | : | NO.: 3:23-CV-00944 (JCH) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | OCTOBER 16, 2023 |

## <u>DEFENDANT, CITY OF NEW HAVEN'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT DATED JULY 7, 2023 [DOC. 1]</u>

## <u>PRELIMINARY STATEMENT</u>

1.      Paragraph 1 is denied.

2.      Paragraph 2 is denied.

3.      Paragraph 3 is denied.

4.      Paragraph 4 is denied.

5.      As to paragraph 5, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

6.      Paragraph 6 is denied.

7.      As to paragraph 7, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

8.      Paragraph 8 is denied.

9.      Paragraph 9 is denied.

10.     Paragraph 10 is denied.

11.     Paragraph 11 is denied.

12.     Paragraph 12 is denied.

13.     As to paragraph 13, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

14.     Paragraph 14 is denied.

## JURISDICTION AND VENUE

15.     As to paragraph 15, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

16.     As to paragraph 16, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

17.     As to paragraph 17, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

## JURY DEMAND

18.     As to paragraph 18, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

## PARTIES

19.     As to paragraph 19, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

20.     As to paragraph 20, the defendant admits it is a Connecticut municipality. As to the remainder of paragraph 20, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

21.     As to paragraph 21, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

22.     As to paragraph 22, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

23.     As to paragraph 23, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

24.     As to paragraph 24, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

25.     As to paragraph 25, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

26.     As to paragraph 26, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

## FACTS

### I. The Murder of Danielle Taft

#### A.      *A Horrific Crime Outrages the Community*

27.     As to paragraph 27, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

28.     As to paragraph 28, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

29.     As to paragraph 29, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

30.     As to paragraph 30, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

31.     As to paragraph 31, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

32.     As to paragraph 32, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

33.     As to paragraph 33, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

34.     As to paragraph 34, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

35.     As to paragraph 35, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

36.     As to paragraph 36, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

37.     As to paragraph 37, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**B.      *Arthur Brantley Twice Credibly Confesses His Involvement***

38.     As to paragraph 38, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

39.     As to paragraph 39, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

40.     As to paragraph 40, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

41.     As to paragraph 41, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

42.     As to paragraph 42, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

43.     As to paragraph 43, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

44.     As to paragraph 44, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

45.     As to paragraph 45, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

46.     As to paragraph 46, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

47.    As to paragraph 47, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

48.    As to paragraph 48, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

49.    As to paragraph 49, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

50.    As to paragraph 50, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

51.    As to paragraph 51, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

52.    As to paragraph 52, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

53.    As to paragraph 53, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

54.     As to paragraph 54, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

55.     As to paragraph 55, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

56.     As to paragraph 56, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

57.     As to paragraph 57, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

58.     As to paragraph 58, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

59.     As to paragraph 59, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

60.     As to paragraph 60, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

61.     As to paragraph 61, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

62.     As to paragraph 62, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

63.     As to paragraph 63, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

64.     As to paragraph 64, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

65.     As to paragraph 65, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

66.     As to paragraph 66, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

67.     As to paragraph 67, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

68.     As to paragraph 68, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

69.     As to paragraph 69, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

70.     As to paragraph 70, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

71.     As to paragraph 71, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

72.     As to paragraph 72, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

73.     As to paragraph 73, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

74.     As to paragraph 74, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**C.      *Police Independently Corroborate Brantley's Confessions***

75.      As to paragraph 75, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

76.      As to paragraph 76, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

77.      As to paragraph 77, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

78.      As to paragraph 78, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

79.      As to paragraph 79, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

80.      As to paragraph 80, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

81.      As to paragraph 81, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

82.    As to paragraph 82, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

83.    As to paragraph 83, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

84.    As to paragraph 84, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

85.    As to paragraph 85, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

86.    As to paragraph 86, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

87.    As to paragraph 87, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

88.    As to paragraph 88, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

89.     As to paragraph 89, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

90.     As to paragraph 90, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

91.     As to paragraph 91, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

92.     As to paragraph 92, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

93.     As to paragraph 93, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

94.     As to paragraph 94, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

95.     As to paragraph 95, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

## II.     The NHPD Single-Mindedly Pursues Adam Carmon

### A.     *Police Dubiously Identify a Purported Murder Weapon*

96.     As to paragraph 96, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

97.     As to paragraph 97, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

98.     As to paragraph 98, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

99.     As to paragraph 99, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

100.    As to paragraph 100, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

101.    As to paragraph 101, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

102.    As to paragraph 102, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

103.    As to paragraph 103, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

104.    As to paragraph 104, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

105.    As to paragraph 105, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

106.    As to paragraph 106, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

107.    As to paragraph 107, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

108.    As to paragraph 108, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

109.    As to paragraph 109, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

110.    As to paragraph 110, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

111.    As to paragraph 111, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

112.    As to paragraph 112, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

113.    As to paragraph 113, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

114.    As to paragraph 114, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

115.    As to paragraph 115, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**B.    *The NHPD Fabricates Evidence Tying Mr. Carmon to the Supposed Murder Weapon***

116.    As to paragraph 116, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

117.    As to paragraph 117, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

118.    As to paragraph 118, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

119.    As to paragraph 119, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

120.    As to paragraph 120, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

121.    As to paragraph 121, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

122.    As to paragraph 122, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

123.    As to paragraph 123, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

124.    As to paragraph 124, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

125.    As to paragraph 125, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

126.    As to paragraph 126, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

127.    As to paragraph 127, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

128.    As to paragraph 128, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

129.    As to paragraph 129, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

130.    As to paragraph 130, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

131.   As to paragraph 131, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

132.   As to paragraph 132, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

133.   As to paragraph 133, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

134.   As to paragraph 134, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

135.   As to paragraph 135, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

136.   As to paragraph 136, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

137.   As to paragraph 137, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

138.    As to paragraph 138, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**C.     *The NHPD Coerces Mr. Carmon into Making a False Inculpatory Statement***

139.    As to paragraph 139, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

140.    As to paragraph 140, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

141.    As to paragraph 141, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

142.    As to paragraph 142, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

143.    As to paragraph 143, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

144.    As to paragraph 144, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

145.   As to paragraph 145, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

146.   As to paragraph 146, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

147.   As to paragraph 147, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

148.   As to paragraph 148, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

149.   As to paragraph 149, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**D.      *The NHPD Fabricates a Dramatic Courtroom Confrontation that Never Occurred***

150.   As to paragraph 150, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

151.   As to paragraph 151, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

152.    As to paragraph 152, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

153.    As to paragraph 153, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

154.    As to paragraph 154, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

155.    As to paragraph 155, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

156.    As to paragraph 156, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

157.    As to paragraph 157, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

158.    As to paragraph 158, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

159.    As to paragraph 159, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

160.    As to paragraph 160, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

161.    As to paragraph 161, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

162.    As to paragraph 162, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

163.    As to paragraph 163, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

164.    As to paragraph 164, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

165.    As to paragraph 165, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

166.    As to paragraph 166, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

167.    As to paragraph 167, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

168.    As to paragraph 168, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

169.    As to paragraph 169, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

170.    As to paragraph 170, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

171.    As to paragraph 171, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

172.    As to paragraph 172, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

173.    As to paragraph 173, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

174.    As to paragraph 174, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

175.    As to paragraph 175, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

176.    As to paragraph 176, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

177.    As to paragraph 177, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

178.    As to paragraph 178, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

179.    As to paragraph 179, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

180.   As to paragraph 180, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

181.   As to paragraph 181, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

182.   As to paragraph 182, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

183.   As to paragraph 183, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

184.   As to paragraph 184, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

185.   As to paragraph 185, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

186.   As to paragraph 186, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

187.    As to paragraph 187, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

188.    As to paragraph 188, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

189.    As to paragraph 189, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

190.    As to paragraph 190, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**E.      *Mr. Carmon Is Arrested Based Upon Intentional and Material Misrepresentation***

191.    As to paragraph 191, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

192.    As to paragraph 192, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

193.    As to paragraph 193, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

194.    As to paragraph 194, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

195.    As to paragraph 195, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

196.    As to paragraph 196, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

197.    As to paragraph 197, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

198.    As to paragraph 198, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

199.    As to paragraph 199, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

200.    As to paragraph 200, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

201.    As to paragraph 201, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

202.    As to paragraph 202, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

203.    As to paragraph 203, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

204.    As to paragraph 204, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

205.    As to paragraph 205, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

206.    As to paragraph 206, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

207.    As to paragraph 207, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

208.    As to paragraph 208, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

209.    As to paragraph 209, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

210.    Paragraph 210 is denied.

**F.    *The NHPD Suppresses Exculpatory Evidence***

211.    As to paragraph 211, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

212.    As to paragraph 212, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

213.    Paragraph 213 is denied.

214.    As to paragraph 214, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

215.    As to paragraph 215, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

216.    As to paragraph 216, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

217.    As to paragraph 217, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

218.    As to paragraph 218, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

219.    As to paragraph 219, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

220.    As to paragraph 220, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

221.    As to paragraph 221, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

### II.    Mr. Carmon Is Wrongfully Convicted and Endures Nearly 29 Years of Wrongful Incarceration

### A.    An Unfair Trial

222.    As to paragraph 222, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

223.   As to paragraph 223, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

224.   Paragraph 224 is denied.

225.   As to paragraph 225, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

226.   As to paragraph 226, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

227.   As to paragraph 227, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

228.   As to paragraph 228, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

229.   As to paragraph 229, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

230.   As to paragraph 230, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

231.    As to paragraph 231, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

232.    As to paragraph 232, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

233.    As to paragraph 233, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

234.    As to paragraph 234, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

235.    As to paragraph 235, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

236.    As to paragraph 236, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

237.    As to paragraph 237, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

238.    As to paragraph 238, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

239.    As to paragraph 239, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

240.    As to paragraph 240, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

241.    As to paragraph 241, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

242.    As to paragraph 242, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

243.    As to paragraph 243, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

244.    As to paragraph 244, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

245.    As to paragraph 245, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

246.    As to paragraph 246, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

247.    As to paragraph 247, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

248.    As to paragraph 248, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

249.    As to paragraph 249, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

250.    As to paragraph 250, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

251.    As to paragraph 251, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

252.    As to paragraph 252, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

253.    As to paragraph 253, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

254.    As to paragraph 254, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**B.    *Almost Three Decades of Suffering***

255.    Paragraph 255 is denied.

256.    As to paragraph 256, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

257.    As to paragraph 257, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

258.    Paragraph 258 is denied.

259.    As to paragraph 259, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

260.     As to paragraph 260, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

261.     As to paragraph 261, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

262.     As to paragraph 262, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

263.     As to paragraph 263, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

264.     As to paragraph 264, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

265.     As to paragraph 265, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

266.     As to paragraph 266, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

**C.**     ***"How Could Anyone Have Confidence in a Verdict of Guilty in a Case Such as This?"***

267.    As to paragraph 267, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

268.    As to paragraph 268, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

269.    As to paragraph 269, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

270.    As to paragraph 270, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

271.    As to paragraph 271, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

272.    As to paragraph 272, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

273.    As to paragraph 273, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

274.    As to paragraph 274, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

275.    As to paragraph 275, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

276.    As to paragraph 276, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

277.    As to paragraph 277, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

278.    As to paragraph 278, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

279.    As to paragraph 279, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

### IV. The NHPD's Unconstitutional Policies and Customs

280.    Paragraph 280 is denied.

281.    Paragraph 281 is denied.

282.    Paragraph 282 is denied.

283.    Paragraph 283 is denied.

284.   Paragraph 284 is denied.

285.   Paragraph 285 is denied.

**A.    *Fabricating Evidence Off the Record Before Taking Scripted Taped Statements***

286.   Paragraph 286 is denied.

287.   Paragraph 287 is denied.

288.   Paragraph 288 is denied.

289.   Paragraph 289 is denied.

290.   Paragraph 290 is denied.

291.   Paragraph 291 is denied.

292.   Paragraph 292 is denied.

293.   Paragraph 293 is denied.

294.   Paragraph 294 is denied.

295.   Paragraph 295 is denied.

296.   Paragraph 296 is denied.

297.   Paragraph 297 is denied.

298.   As to paragraph 298, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

299.   As to paragraph 299, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

300.    As to paragraph 300, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

301.    As to paragraph 301, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

302.    As to paragraph 302, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

303.    Paragraph 303 is denied.

304.    Paragraph 304 is denied.

**B.    *Suppressing Exculpatory Information, Including from Warrant Applications, and Withholding Exculpatory Notes***

305.    Paragraph 305 is denied.

306.    Paragraph 306 is denied.

307.    Paragraph 307 is denied.

308.    Paragraph 308 is denied.

309.    Paragraph 309 is denied.

310.    Paragraph 310 is denied.

311.    Paragraph 311 is denied.

312.    Paragraph 312 is denied.

313.    Paragraph 313 is denied.

314.    Paragraph 314 is denied.

315.    As to paragraph 315, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

316.    As to paragraph 316, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

317.    As to paragraph 317, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

318.    As to paragraph 318, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

319.    As to paragraph 319, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

320.    As to paragraph 320, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

321.    As to paragraph 321, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

322.    As to paragraph 322, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

323.    As to paragraph 323, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

324.    As to paragraph 324, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

325.    Paragraph 325 is denied.

**C.    *Failing to Supervise and Discipline Officers Who Commit Misconduct***

326.    Paragraph 326 is denied.

327.    As to paragraph 327, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

328.    Paragraph 328 is denied.

329.    Paragraph 329 is denied.

330.    As to paragraph 330, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

331.    As to paragraph 331, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

332.   As to paragraph 332, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

333.   As to paragraph 333, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

334.   Paragraph 334 is denied.

335.   As to paragraph 335, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

336.   As to paragraph 336, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

337.   Paragraph 337 is denied.

338.   As to paragraph 338, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

339.   As to paragraph 339, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

340.   Paragraph 340 is denied.

**D.    *Failing to Supervise and Discipline Detective DiLullo***

341.   Paragraph 341 is denied.

342.    As to paragraph 342, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

343.    As to paragraph 343, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

344.    As to paragraph 344, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

345.    As to paragraph 345, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

346.    As to paragraph 346, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

347.    As to paragraph 347, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

348.    As to paragraph 348, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

349.    As to paragraph 349, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

350.    As to paragraph 350, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

351.    As to paragraph 351, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

352.    As to paragraph 352, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

353.    As to paragraph 353, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

354.    As to paragraph 354, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

355.    Paragraph 355 is denied.

356.    Paragraph 356 is denied.

357.    Paragraph 357 is denied.

358.    Paragraph 358 is denied.

359.    Paragraph 359 is denied.

360.    As to paragraph 360, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

361.    Paragraph 361 is denied.

362.    Paragraph 362 is denied.

363.    Paragraph 363 is denied.

**E.    *Failing to Train Officers to Comply with the Constitution***

364.    Paragraph 364 is denied.

365.    Paragraph 365 is denied.

366.    Paragraph 366 is denied.

## CAUSES OF ACTION

## <u>FIRST CAUSE OF ACTION</u>

42 U.S.C. § 1983 –Suppression of Brady/Giglio Material – Fourteenth Amendment
(Against Defendants Sweeney, Stephenson, Dease, Burton, Ponteau, and Carusone)

367.    As to paragraph 367, the defendant incorporates by reference its existing answers to all previous allegations.

368.-372.    As to paragraph 368 through 372, of the First Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

## <u>SECOND CAUSE OF ACTION</u>

42 U.S.C. § 1983 –Fabrication of Evidence – Fourteenth Amendment
(Against Defendants Dease, Ponteau, Burton, and Carusone)

373.    As to paragraph 373, the defendant incorporates by reference its existing answers to all previous allegations.

374.- 377.    As to paragraphs 374 through 377, of the Second Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## THIRD CAUSE OF ACTION

42 U.S.C. § 1983 –Malicious Prosecution– Fourteenth Amendment
(Against Defendants Dease, Ponteau, and Sweeney)

378.    As to paragraph 378, the defendant incorporates by reference its existing answers to all previous allegations.

379.    As to paragraph 379, of the Third Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

380.    Paragraph 380 of the Third Cause of Action is denied.

381.    Paragraph 381 of the Third Cause of Action is denied.

382.-384.    As to paragraphs 382 through 384, of the Third Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## FOURTH CAUSE OF ACTION

42 U.S.C. § 1983 –Franks/ False Warrant Affidavit– Fourteenth Amendment
(Against Defendants Dease, and Sweeney)

385.    As to paragraph 385, the defendant incorporates by reference its existing answers to all previous allegations.

386.      As to paragraphs 386 through 390, of the Fourth Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## FIFTH CAUSE OF ACTION

42 U.S.C. § 1983 – Coerced Self-Incriminating Statement – Fifth and Fourteenth Amendments
(Against Defendants Dease, and DiLullo)

391.    As to paragraph 391, the defendant incorporates by reference its existing answers to all previous allegations.

392.– 394.   As to paragraphs 392 through 394 of the Fifth Cause of Action, which are directed to other defendants, this defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## SIXTH CAUSE OF ACTION

42 U.S.C. § 1983 – Forth, Fifth, and Fourteenth Amendments – Municipal Liability
(Against Defendant City of New Haven)

395.    Paragraph 395 is denied.

396.    Paragraph 396 is denied.

397.    Paragraph 397 is denied.

398.    Paragraph 398 is denied.

399.    Paragraph 399 is denied.

400.    Paragraph 400 is denied.

401.    Paragraph 401 is denied.

402.    Paragraph 402 is denied.

403.    Paragraph 403 is denied.

## SEVENTH CAUSE OF ACTION

Negligence
(Against Defendants Sweeney, Stephenson, Dease, Burton, Ponteau, and Carusone)

404.     As to paragraph 404, the defendant incorporates by reference its existing answers to all previous allegations.

405.-408.     As to paragraphs 405 through 408, of the Seventh Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## EIGHTH CAUSE OF ACTION
Negligent Infliction of Emotional Distress
(Against Defendants Sweeney, Stephenson, Dease, Burton, Ponteau, and Carusone)

409.     As to paragraph 409, the defendant incorporates by reference its existing answers to all previous allegations.

410.-412.     As to paragraphs 410 through 412 of the Eighth Cause of Action, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matter contained therein, and thereby leaves the plaintiff to his burden of proof.

## NINTH CAUSE OF ACTION
Indemnification – Conn. Gen. Stat. § 7-465
(Against Defendant City of New Haven)

413.     As to paragraph 413, the defendant incorporates by reference its existing answers to all previous allegations.

414.     As to paragraph 414, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

415.    As to paragraph 415, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

416.    As to paragraph 416, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

417.    Paragraph 417 is denied.

418.    Paragraph 418 is denied.

## **TENTH CAUSE OF ACTION**
Direct Action – Conn. Gen. Stat. § 52-557n
(Against Defendant City of New Haven)

419.    As to paragraph 419, the defendant incorporates by reference its existing answers to all previous allegations.

420.    As to paragraph 420, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

421.    As to paragraph 421, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

422.    As to paragraph 422, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

423.   As to paragraph 423, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

424.   As to paragraph 424, the defendant lacks knowledge or information sufficient to base a belief about the truth of the matters contained therein, and thereby leaves the plaintiff to his burden of proof.

425.   Paragraph 425 is denied.

## BY WAY OF AFFIRMATIVE DEFENSES

**FIRST AFFIRMATIVE DEFENSE:**

The plaintiff's complaint fails to state a claim upon which relief may be granted, including an improper claim for punitive damages as to the defendant in City in New Haven.

**SECOND AFFIRMATIVE DEFENSE:**

The plaintiff's claims are barred by the doctrine of governmental immunity, pursuant to Conn. Gen. Stat. §52-557n and common law.

**THIRD AFFIRMATIVE DEFENSE:**

The plaintiff's claims are barred by the doctrine of absolute immunity.

**FOURTH AFFIRMATIVE DEFENSE:**

The plaintiff's claims are barred by the applicable statute of limitations, C.G.S. §52-577, C.G.S. §52-584, and/or C.G.S. §7-465.

**FIFTH AFFIRMATIVE DEFENSE:**

The plaintiff's claims are barred by the applicable statute of repose C.G.S. §52-584 and/or C.G.S. §7-465.

**SIXTH AFFIRMATIVE DEFENSE:**

The plaintiff's claims are barred by the doctrine of laches.

**SEVENTH AFFIRMATIVE DEFENSE:**

The defendant claims the protection of the doctrine of res judicata, to the extent claims or issues were conclusively determined in prior proceedings.

**EIGHTH AFFIRMATIVE DEFENSE:**

The defendant claims the protection of the doctrine of collateral estoppel, to the extent claims or issues were conclusively determined in prior proceedings.

**NINTH AFFIRMATIVE DEFENSE**

The City of New Haven has no indemnification obligation pursuant to C.G.S. §7-465 because plaintiff did not file a written notice of intention to sue with the City clerk within six months after one or more of the causes of action plead in the complaint accrued, and/or because the individual employee/defendants were not acting in the performance of their duties and/or within the scope of employment at the relevant times alleged in the Complaint, and/or because the alleged injury was the result of a willful or wanton act of any such employee/defendant in the discharge of such duty.

**TENTH AFFIRMATIVE DEFENSE**

City of New Haven has no liability under C.G.S. §52-557n because the actions of the individual employee/defendants as alleged were not within the scope of employment or official duties, and/or the acts or omissions of any such individual employee/defendant constituted criminal conduct, fraud, actual malice or willful misconduct and/or the actions of any such individual employee/defendant as alleged

were negligent acts or omissions which require the exercise of judgment or discretion as an official function of the authority expressly or impliedly granted by law.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, or some of them, are barred by the immunities set forth in C.G.S. §52-557n(a)(2)(A) and C.G.S. §52-557n(a)(2)(B).

## TWELFTH AFFIRMATIVE DEFENSE

The plaintiff's claims, or some of them, are barred by C.G.S. §52-557n(b)(6).

## THIRTEENTH AFFIRMATIVE DEFENSE

If plaintiff suffered the injuries and damages as alleged, such injuries and damages were caused by the plaintiff's own contributory negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

If plaintiff suffered the injuries and damages as alleged, such injuries and damages were the result of and caused by the unforeseen criminal conduct of another person, and the plaintiff's claims, or some of them, against the City of New Haven, are barred by the doctrine of superseding cause.

## JURY DEMAND

The defendant demands a trial by jury.

DEFENDANT,
CITY OF NEW HAVEN


By _____ */s/ Thomas R. Gerarde* _____
   Thomas R. Gerarde (ct05640)
   Howd & Ludorf, LLC
   100 Great Meadow Road
   Suite 201
   Wethersfield, CT  06109
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: tgerarde@hl-law.com

## <u>CERTIFICATION</u>

This is to certify that on October 16, 2023, a copy of the foregoing Answer and Affirmative Defenses on behalf of the City of New Haven was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    */s/ Thomas R. Gerarde*
    Thomas R. Gerarde