# PX35

FA940052
CNH 10607

New Haven
Homicide

DATE of Incident
2-3-94
DATE of Receipt
2-4-94
DATE of Exam
2-5-94

Victim - Danielle Taft
Other - Charlene Troutman
Officers - Det. B. Smith, Det. E. Ingraham

Evidence Submitted - Det. Ingraham - Bullet from Autopsy
P.D. evidence envelope marked 10607, 2-4-94,
Victim Danielle Taft, One Copper Jacketed Bullet
E. Ingraham (MBM FA940052/JSS #21)

Det. B. Smith - Envelope marked 10607, 2-4-94
Danielle Taft, Charlene Troutman, (15) 9mm
Empty Shell Casings, Five (5) Copper Jacketed
Bullets, Det Bonnie Smith (MBM FA940052/JSS
#1 - #20)

Items #1 - #15. All Discharged 9mm Luger
WIN Cartridge Cases, White Metal
Primers, Rd FPimps (MBM 0052/JSS # )

** Positive match All By PBFM's (Very Good)
Fired from Same Firearm -

All had Heavy Chamber Marks -

PL0009711

FA940052            New Haven            Page Two
CN# 10607           Homicide

Item # 16 (Plastic Bag marked 10607 #16 1st shelf
Rt side Refrig 735 FA940052/JSS # 16)

Full Metal Case Bullet Wt - 114.5 Grs
Base Distorted            R
MBM 0052/JSS #16          Heavy Nose Damage          (Not measured)
Backside Heavy Secondary
Open Base      Striae, Paint on Same
Cleaned for exam -

| Limps | Gimps |
|-------|-------|
| .064  | .113  |
| .062  |       |
| .064  | .112  |

Item # 17 (Plastic Bag marked 10607 #17 Bottom Rear
of Refrig - Kitchen 735 MBM FA940052/JSS # 17)

Full Metal Case Bullet Wt - 115.6 Grs
R
Heavy Gouge in Nose
MBM 0052/JSS #17    Heavy Striae
Secondary All     Base Distorted
Surface          Not Measured
Open Base      Cleaned for exam
Paint, wood fibers from work
Stuck in Cavity at Nose.

| Limps | Gimps |
|-------|-------|
| .064  | None  |
| .063  | measured |

PL0009712

FA940052                    New Haven                    Page Three
CN# 10607

Item # 18 — (Pantry Shelf, in Kitchen 10607 #18
        BS MBM FA940052/JSS # 18)

                Full Metal Case Bullet Wt. 115.0 Grs.
                                                        R

MBM
0052          Base Distorted Not Measured
JSS      CASE
#18      mouth
         mark   Nose Damage
                Heavy Secondary Striae      Limps    Gimps
OPEN BASE        Cleaned for exam            .065     .112
Paint, wood fiber & Plaster like material

Item # 19 — ( Couch, upper Left Arm + Back BS
        10607 #19 BS FA940052/JSS # 19)

Damage          MBM          Full Metal Case Bullet Wt. 114.0 Grs.
            FA940052/JSS
               # 19                                  6 R
          CASE mouth
            MARK        Base Distorted NOT Measured
OPEN BASE

                                    Limps        Gimps
                                    .064          .111

PL0009713

FA940052        New Haven        Page Four
CNH 10607

Item #20 ( 10607 #20 Base, front of Couch
Located under Couch , BS, FA940052
JSS #20 )

mBm
0052
JSS
#20          →   Jacket,     Full Metal Case Bullet
                 Split                      Wt - 111.4 Grs -
                                               6 R
                          Base Dia → .352 - .356

Open Base

                          Limps        Gimps
                          .065          .112

Item #21 ( metal Canister Marked 04 Feb 94
Danielle TAFT 94-01457 meb Cal. Bullet
CJacket - Lead 266 EM/Em  10607 EDI - Canister
mBm FA940052/JSS #21 ) Canister was Sealed with
Tape opened By Mo -

mBm
FA940052
JSS#21
                Damaged Full Metal Case Bullet Jacket
                                    Wt - 21.0 Grs -
              Case mouth
              mark

mBm
FA940052
JSS#21          Damaged Bullet Core -        Wt - 91.9 Grs
                no strire or GRC's

        M 1157
                                    PL0009714
                          Total Wt: 112.9 Grs

FA940052                      New Haven                    Page Five
CN# 10607

Item #21 (Continuation)

BADLY DAMAGED        LIMPS        GIMPS

                              .064          .112

Same GRC's as others Submitted -

Results Items #1 Through #15 were All fired in The
Same firearm -

Items #16, #18, #19, #20 and #21 were All fired from
The same fire arm -

with The same    Items #16 Through #21 are All 9mm Caliber Bullets
GRC's: ———> which may have Been fired from But not
Limited to A Self Loading Pistol manufactured
By But Not Limited in 9mm Caliber By
Astra, Berella, Glock, Maverick, Smith+Wesson
Walther or Wilkinson.

Item #17 Lacked Sufficient rifling stone to make a
Positive Comparison As Being fired from The same
firearm as #16, #18, #19, #20 +#21.

PL0009715