UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM CARMON,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW HAVEN; LEE DEASE as Administrator of the Estate of Leroy Dease; MICHAEL SWEENEY; JAMES STEPHENSON; GILBERT BURTON; JAMES PONTEAU; and PETER CARUSONE, in their individual capacities,<br><br>      Defendants. | No. 3:23-CV-944 (JCH)<br><br>December 12, 2025 |

## **MOTION IN LIMINE TO PRECLUDE CITY'S TESTIMONY DESIGNATIONS**

Defendant City of New Haven (the "City") proposes to designate, in their entirety, 28 witness transcripts from Plaintiff's 1995 criminal trial, along with his prior habeas hearings, and depositions and trial testimony from five other cases—together spanning thousands of pages of testimony. The City insists that it intends to read all of these transcripts aloud and *in full* to the jury, despite also claiming that it expects to take only seven days to cross-examine Plaintiff's witnesses and present its case-in-chief. Plaintiff moves to preclude the City's indiscriminate designations (1) pursuant to Federal Rules of Evidence 401, 403, 801, and 804, and Federal Rule of Civil Procedure 32; and (2) because they run afoul of the Court's pretrial order by failing to designate particular pages and by failing to give Plaintiff and the Court adequate notice of its actual trial plan. Plaintiff has filed an accompanying memorandum of law in support of this motion.

1

Dated: December 12, 2025

                    Respectfully submitted,

                    The Plaintiff
                    ADAM CARMON

                    By His Counsel:

                    <u>/s/</u>
                    Douglas E. Lieb, ct31164
                    Alison Frick, *pro hac vice*
                    Shirley LaVarco, *pro hac vice*
                    Kaufman Lieb Lebowitz & Frick LLP
                    18 East 48th Street, Suite 802
                    New York, New York 10017
                    (212) 660-2332
                    dlieb@kllf-law.com
                    africk@kllf-law.com
                    slavarco@kllf-law.com