**APPENDIX 1**

**Exhibits Offered by Plaintiff Adam Carmon**

| PX | Description | Objection (if any) |
|---|---|---|
| 1 | 2-8-94 Ponteau Report | AGREED FULL EXHIBIT |
| 2 | 2-14-94 Ponteau Report | AGREED FULL EXHIBIT |
| 3 | 2-10-94 Stevenson Statement | AGREED FULL EXHIBIT |
| 4 | 2-12-94 McDonald Statement | AGREED FULL EXHIBIT |
| 5 | 2-14-94 Stephenson Report | AGREED FULL EXHIBIT |
| 6 | 2-17-94 Ponteau Report | AGREED FULL EXHIBIT |
| 7 | 2-15-94 Stevenson Statement | AGREED FULL EXHIBIT |
| 8 | 2-15-94 Stevenson Statement Audio | AGREED FULL EXHIBIT |
| 9 | 2-15-94 Carmon Statement | AGREED FULL EXHIBIT |
| 10 | 2-3-94 Sweeney Case Preparation Form (with proposed redaction) | AGREED FULL EXHIBIT |
| 11 | 2-6-94 DiNello Report | AGREED FULL EXHIBIT |
| 12 | 2-8-94 Little Arrest Warrant | AGREED FULL EXHIBIT |
| 13 | 9-22-91 Greene Report (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 14 | 9-28-91 Greene Report (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 15 | Coleman Statement (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 16 | 1-9-98 Trial Excerpt (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 17 | 9-26-91 DiLullo Report (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 18 | 9-26-91 Higgins Statement (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 19 | 10-10-91 Greene Report (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |

| | | |
|---|---|---|
| 20 | 5-10-90 Greene Report (Streater) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 21 | Gold Memo (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 22 | 1-22-91 Greene Report (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 23 | 2-13-91 Greene Report (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 24 | 2-6-91 Cypress Statement (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 25 | 2-12-91 Greene Report (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 26 | Davis Statement (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 27 | 5-4-99 Ham v. Greene Decision | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 28 | 10-11-91 Arrest Warrant Application (Valentine) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 29 | 5-11-90 Greene Report (Streater) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 30 | 2-9-94 DiLullo Report | AGREED FULL EXHIBIT |
| 31 | 2-10-94 Burton Report | AGREED FULL EXHIBIT |
| 32 | 2-7-94 175 Chestnut St. Search Warrant | AGREED FULL EXHIBIT |
| 33 | Little Wanted Poster | AGREED FULL EXHIBIT |
| 34 | 2-9-94 Little Statement | AGREED FULL EXHIBIT |
| 35 | 2-9-94 Kitchens Statement | AGREED FULL EXHIBIT |
| 36 | INTENTIONALLY LEFT BLANK | AGREED FULL EXHIBIT |
| 37 | 2-16-94 Buick Warrant Application | AGREED FULL EXHIBIT |
| 38 | 9-20-90 Trocchio Report | AGREED FULL EXHIBIT |
| 39 | 2-18-94 Brantley Statement | AGREED FULL EXHIBIT |

| | | |
|---|---|---|
| 40 | 2-18-94 Brantley Statement Audio | AGREED FULL EXHIBIT |
| 41 | INTENTIONALLY LEFT BLANK | |
| 42 | INTENTIONALLY LEFT BLANK | |
| 43 | INTENTIONALLY LEFT BLANK | |
| 44 | INTENTIONALLY LEFT BLANK | |
| 46 | 5-15-96 New Haven Register Article (Wallen) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 47 | INTENTIONALLY LEFT BLANK | |
| 48 | 12-3-91 Golino v. City of New Haven Decision (2d Cir.) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 49 | INTENTIONALLY LEFT BLANK | |
| 50 | 7-17-90 State v. Harris Decision | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 51 | 1-26-95 State v. Streater Decision | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 52 | 12-19-00 State v. Valentine Decision | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 53 | 5-20-92 New Haven Register Article (Prince Witness) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 54 | 1-17-24 City of New Haven Interrogatory Responses | OBJECTION--FRE 401 relevance, FRE 403 prejudice/confusion |
| 55 | INTENTIONALLY LEFT BLANK | |
| 56 | INTENTIONALLY LEFT BLANK | |
| 57 | INTENTIONALLY LEFT BLANK | |
| 58 | INTENTIONALLY LEFT BLANK | |
| 59 | INTENTIONALLY LEFT BLANK | |
| 60 | INTENTIONALLY LEFT BLANK | |
| 61 | INTENTIONALLY LEFT BLANK | |
| 62 | INTENTIONALLY LEFT BLANK | |
| 63 | 3-5-94 Charlene Troutman Statement | AGREED FULL EXHIBIT |
| 64 | 3-5-94 Charlene Troutman Statement Audio | AGREED FULL EXHIBIT |

| | | |
|---|---|---|
| 65 | 3-30-05 Shelton Bureau of Identification Report | AGREED FULL EXHIBIT |
| 66 | 3-9-94 Dease Report | AGREED FULL EXHIBIT |
| 67 | 2-7-94 Carmon Statement | AGREED FULL EXHIBIT |
| 68 | 2-22-94 Stanley Statement | AGREED FULL EXHIBIT |
| 69 | 2-22-94 Stanley Statement Audio | AGREED FULL EXHIBIT |
| 70 | 2-4-94 Schaller Statement | AGREED FULL EXHIBIT |
| 71 | 2-5-94 Gethers Report | AGREED FULL EXHIBIT |
| 72 | 2-4-94 Dellacamera Report | AGREED FULL EXHIBIT |
| 73 | 2-6-94 Dellacamera Report | AGREED FULL EXHIBIT |
| 74 | 2-23-94 Dease Report | AGREED FULL EXHIBIT |
| 75 | 2-22-94 Dease Report | AGREED FULL EXHIBIT |
| 76 | 2-14-94 Stephenson Report | AGREED FULL EXHIBIT |
| 77 | 2-5-94 DiNello Report | AGREED FULL EXHIBIT |
| 78 | 2-6-94 DiNello Report | AGREED FULL EXHIBIT |
| 79 | 2-5-94 Stephenson Report | AGREED FULL EXHIBIT |
| 80 | 2-3-94 Ferraro Report | AGREED FULL EXHIBIT |
| 81 | 2-22-94 DiLullo Report Supplemental | AGREED FULL EXHIBIT |
| 82 | 2-22-94 DiLiullo Report Supplemental | AGREED FULL EXHIBIT |
| 83 | 2-22-94 DiLullo Report Audio | AGREED FULL EXHIBIT |
| 84 | 2-3-94 Ponteau Report | AGREED FULL EXHIBIT |
| 85 | 2-17-94 Dease Report re: Jones Statement | AGREED FULL EXHIBIT |
| 86 | 2-5-94 Burton Report | AGREED FULL EXHIBIT |
| 87 | 3-4-94 Smith Report | AGREED FULL EXHIBIT |
| 88 | 2-4-94 Collier Report | AGREED FULL EXHIBIT |
| 89 | 2-11-94 Benson Report | AGREED FULL EXHIBIT |
| 90 | 2-17-94 DiLullo Report | AGREED FULL EXHIBIT |
| 91 | 2-17-94 DiLullo Report Audio | AGREED FULL EXHIBIT |
| 92 | 2-4-94 Richard Troutman Statement | AGREED FULL EXHIBIT |
| 93 | 2-4-94 Kelly Statement | AGREED FULL EXHIBIT |
| 94 | 2-4-94 Grimes Statement | AGREED FULL EXHIBIT |
| 95 | 2-5-94 Brantley Statement | AGREED FULL EXHIBIT |
| 96 | 2-5-94 Brantley Statement Audio Side A | AGREED FULL EXHIBIT |

| 97 | 2-5-94 Brantley Statement Audio Side B | AGREED FULL EXHIBIT |
|---|---|---|
| 98 | 2-5-94 Stanley Statement | AGREED FULL EXHIBIT |
| 99 | 2-5-94 Stanley Statement Audio | AGREED FULL EXHIBIT |
| 100 | 2-7-94 Brantley Statement | AGREED FULL EXHIBIT |
| 101 | 2-7-94 Brantley Statement Audio | AGREED FULL EXHIBIT |
| 102 | 2-5-94 Brantley Signed Rights Waiver | AGREED FULL EXHIBIT |
| 103 | 2-15-94 Carmon Signed Rights Waiver | AGREED FULL EXHIBIT |
| 104 | 2-16-94 Jones Statement | AGREED FULL EXHIBIT |
| 105 | 2-16-94 Jones Statement Audio | AGREED FULL EXHIBIT |
| 106 | 2-7-94 Brantley Signed Rights Waiver | AGREED FULL EXHIBIT |
| 107 | 2-5-94 Burton Statement | AGREED FULL EXHIBIT |
| 108 | Set of 18 Photographs of Black Males | AGREED FULL EXHIBIT |
| 109 | 2-4-94 Brantley Polygraph Results | AGREED FULL EXHIBIT |
| 110 | 2-6-94 Little Photo, ID'd by Richard Troutman | AGREED FULL EXHIBIT |
| 111 | 2-6-94 Little Photo, ID'd by Brantley | AGREED FULL EXHIBIT |
| 112 | 2-8-94 Little and 672 Newhall St. Search Warrant | AGREED FULL EXHIBIT |
| 113 | 2-8-94 Diane Sellers Search Warrant | AGREED FULL EXHIBIT |
| 114 | 2-9-94 DiLullo Report Audio | AGREED FULL EXHIBIT |
| 115 | 2-10-94 Carmon Photo, signed by Stevenson | AGREED FULL EXHIBIT |
| 116 | 2-12-94 Stevenson Arrest Warrant | AGREED FULL EXHIBIT |
| 117 | 2-12-94 Carmon photo, signed by McDonald | AGREED FULL EXHIBIT |
| 118 | 2-16-94 photo array shown to Jones | AGREED FULL EXHIBIT |
| 119 | Mugshots and computer printouts of arraignees | AGREED FULL EXHIBIT |
| 120 | INTENTIONALLY LEFT BLANK | |
| 121 | Sweeney handwritten notes (with proposed redaction) | AGREED FULL EXHIBIT |
| 122 | 12-9-91 Dease Report | AGREED FULL EXHIBIT |
| 123 | 12-9-91 Jones Statement | AGREED FULL EXHIBIT |
| 124 | 12-12-91 Jones Statement | AGREED FULL EXHIBIT |
| 125 | 1-24-92 Cox Arrest Warrant | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |

| 126 | 3-31-95 Muro Report | AGREED FULL EXHIBIT |
|---|---|---|
| 127 | Troutman apartment interior diagram | AGREED FULL EXHIBIT |
| 128 | Jury portions of Carmon criminal trial transcript (offered for fact of what 1995 jury heard) | AGREED FULL EXHIBIT |
| 129 | Carmon criminal trial exhibit list | AGREED FULL EXHIBIT |
| 130 | Little/Gaither Facebook Photo | AGREED FULL EXHIBIT |
| 131 | 9-12-92 Stabile Report | AGREED FULL EXHIBIT |
| 132 | 2-15-94 Carmon Mugshot Photo | AGREED FULL EXHIBIT |
| 133 | 3-21-95 Carusone Subpoena | AGREED FULL EXHIBIT |
| 134 | 3-24-95 Carusone Subpoena | AGREED FULL EXHIBIT |
| 135 | 3-29-95 Sweeney Trial Subpoena | AGREED FULL EXHIBIT |
| 136 | 11-29-95 Levy Report | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 137 | 3-1-19 Little Criminal History Record | AGREED FULL EXHIBIT |
| 138 | 2020-2021 Carusone and Stanley Text Messages | AGREED FULL EXHIBIT |
| 139 | Fifth Ward List | AGREED FULL EXHIBIT |
| 140 | Sweeney Personal Record | AGREED FULL EXHIBIT |
| 141 | 2-15-94 Carmon Statement Audio | AGREED FULL EXHIBIT |
| 142 | Crime Scene Photos | AGREED FULL EXHIBIT |
| 143 | Side A of Q5 and Box Labels | AGREED FULL EXHIBIT |
| 144 | Side B of Q5 and Box Labels | AGREED FULL EXHIBIT |
| 145 | Waveforms of Adam Carmon statement recording | AGREED FULL EXHIBIT |
| 146 | Spectogram Graphs | AGREED FULL EXHIBIT |
| 147 | FFT Graphs | AGREED FULL EXHIBIT |
| 148 | Koenig CV | AGREED FULL EXHIBIT |
| 149 | 11-1-96 Donnelly Memo | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 150 | 1-15-97 Koenig FBI Report re Roque (Morant) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 151 | 2-15-94 Carmon Annotated Statement - Koenig | AGREED FULL EXHIBIT CHECK FOR CHANGE |
| 152 | 4-3-24 City of New Haven Interrogatory Responses | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 |

| | | |
|---|---|---|
| | | prejudice/confusion |
| 153 | 2021 DOC Work Evaluations | AGREED FULL EXHIBIT |
| 154 | Family Photo 1 (Adam, Kesha, Sharlene, and Vera) | AGREED FULL EXHIBIT |
| 155 | Family Photo 2 | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion, cumulative, duplicative |
| 156 | Family Photo 3 | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion, cumulative, duplicative |
| 157 | Family Photo 4 | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion, cumulative, duplicative |
| 158 | Family Photo 5 | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion, cumulative, duplicative |
| 159 | Family Photo 6 | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion, cumulative, duplicative |
| 160 | 6-13-23 Dismissal Proceedings Transcript | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-see Motion in Limine |
| 161 | Nancy Franklin CV | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-See Motion in Limine |
| 162 | Lisa Rocchio CV | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-See Motion in Limine |
| 163 | Charles Drago CV | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-See Motion in Limine |
| 164 | 2011 Image from Megreya, White, and Burton | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-See Motion in Limine |

| 165 | Carmon Fairness Assessment Images | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion-See Motion in Limine |
|---|---|---|
| 166 | INTENTIONALLY LEFT BLANK | |
| 167 | 2-4-94 Richard Troutman Statement Audio | AGREED FULL EXHIBIT |
| 168 | 2-7-94 Goddard Report | AGREED FULL EXHIBIT |
| 169 | 2-12-94 Dease Report | AGREED FULL EXHIBIT |
| 170 | Stephenson Evidence Log re Screwdrivers | AGREED FULL EXHIBIT |
| 171 | 2-17-94 Dease Report re Carmon Statement | AGREED FULL EXHIBIT |
| 172 | 2-23-94 Carmon UAR | AGREED FULL EXHIBIT |
| 173 | 2-23-94 Carmon Arrest Warrant (with proposed redaction) | AGREED FULL EXHIBIT |
| 174 | 12-12-22 Photo | AGREED FULL EXHIBIT |
| 175 | 12-12-22 Photo | AGREED FULL EXHIBIT |
| 176 | 12-12-22 Photo | AGREED FULL EXHIBIT |
| 177 | 12-12-22 Photo | AGREED FULL EXHIBIT |
| 178 | 6-13-23 Photo | AGREED FULL EXHIBIT |
| 179 | 6-13-23 Photo | AGREED FULL EXHIBIT |
| 180 | 5-6-94 Report re Damian Thomas | AGREED FULL EXHIBIT |
| 181 | DOC Movement Sheet Portions | AGREED FULL EXHIBIT |
| 182 | DOC Disciplinary History Portions | AGREED FULL EXHIBIT |
| 183 | TSI-2 Profile Chart | AGREED FULL EXHIBIT |
| 184 | PAI Testing File | AGREED FULL EXHIBIT |
| 185 | M-FAST Test | AGREED FULL EXHIBIT |
| 186 | LEC-5 Questionnaire | AGREED FULL EXHIBIT |
| 187 | CAPS-5 File | AGREED FULL EXHIBIT |
| 188 | ACE Questionnaire | AGREED FULL EXHIBIT |
| 189 | 1978 ACES Education Evaluation Summary | AGREED FULL EXHIBIT |
| 190 | 1981 Education Evaluation | AGREED FULL EXHIBIT |
| 191 | 1988 Education Evaluation | AGREED FULL EXHIBIT |
| 192 | 5-30-92 NH Register Article (Prince Verdict) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 193 | NH Register Articles re Golino | OBJECTION-Hearsay, FRE 401 |

| | | |
|---|---|---|
| | | relevance, FRE 403 prejudice/confusion |
| 194 | 4-18-91 Golino Decision (D. Conn.) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 195 | Golino Arrest Warrant Affidavit | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 196 | DiNello Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 197 | DiLullo Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 198 | Dease Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 199 | Burton Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 200 | Ponteau Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 201 | Carusone Personnel Sheet | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 202 | 4-29-96 Wallen Verdict Form | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 203 | 7-27-92 Wallen Complaint | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 204 | 6-29-90 Koehler v. Santarcangelo Judgment | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 205 | Koehler v. Santarcangelo Transcript Excerpt | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 206 | 5-2-24 Sweeney Interrogatory Responses | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 207 | 9-22-92 State v. Jones Opinion | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |

| 208 | 3-17-10 Gould v. Commissioner of Correction Opinion | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
|---|---|---|
| 209 | NHPD Rule 15 | AGREED FULL EXHIBIT |
| 210 | 6-23-87 Farrell Letter to Keefe re Golino | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 211 | 1-14-91 Ovil Ruiz Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 212 | 1-15-91 Jose Roque Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 213 | 1-16-91 Stefon Morant Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 214 | 2-2-91 Hector Ortiz Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 215 | 1-15-91 Jose Roque Statement Recording | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 216 | 1-16-91 Stefon Morant Statement Recording | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 217 | 2-2-91 Hector Ortiz Statement Recording | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 218 | 3-23-91 Raucci Report | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 219 | 2-26-92 Morant Arrest Warrant Affidavit | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 220 | 4-12-91 Lewis Arrest Warrant Affidavit | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 221 | 6-17-15 Morant Sentence Modification Transcript | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 222 | Morant Certificate of Pardon | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |

| | | |
|---|---|---|
| 223 | 2-13-91 Ham Arrest Warrant | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 224 | 3-5-96 NH Register Article re Ham Verdict | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 225 | 3-6-96 Hartford Courant Article re Ham Verdict | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 226 | 2-11-91 Cypress Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 227 | 4-12-94 Higgins Testimony Excerpts, Valentine First Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 228 | 4-13-94 Higgins Testimony Excerpts, Valentine First Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 229 | INTENTIONALLY LEFT BLANK | |
| 230 | INTENTIONALLY LEFT BLANK | |
| 231 | 1-7-98 Higgins Testimony Excerpts, Valentine Second Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 232 | INTENTIONALLY LEFT BLANK | |
| 233 | INTENTIONALLY LEFT BLANK | |
| 234 | 5-13-22 Certificate of Commutation | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 235 | 5-10-91 Randy Fleming Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 236 | 5-16-91 James Fleming Arrest Warrant | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 237 | 5-20-92 Hartford Courant Article re Fleming PC Hearing | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 238 | 5-19-92 Randy Fleming Trial Testimony Excerpts | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 239 | 6-20-91 Randy Fleming PC Testimony Excerpts | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 |

| | | |
|---|---|---|
| | | prejudice/confusion |
| 240 | 7-29-93 Stiles Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 241 | 8-3-09 Stiles Testimony Excerpts, Habeas Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 242 | 2-1-24 Gould Dismissal Transcript | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 243 | 10-10-24 Taylor Dismissal Transcript | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 244 | INTENTIONALLY LEFT BLANK | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 245 | 5-10-90 Cheek Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 246 | 4-6-22 Streater Pardon Hearing Minutes | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 247 | Downing Transcript Excerpts, Harris Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 248 | Audio of Jerome Downing statement in Leroy Harris case | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 249 | 8-27-84 Downing Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 250 | Datillo Transcript Excerpts, Harris Trial | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 251 | 7-26-22 Harris Pardon Hearing Minutes | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 252 | 1-26-99 Pearson Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 253 | 2-3-99 Pearson Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |

| 254 | 2-5-99 Pearson Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
|---|---|---|
| 255 | Omnipoint Communications Call Detail Record | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 256 | 3-12-99 Horn Arrest Warrant | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 257 | 3-12-99 Jackson Arrest Warrant | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 258 | 2-5-99 Dease Report | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 259 | Wines CAST Report | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 260 | 2-2-99 Sykes Statement | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 261 | 4-25-18 Horn Transcript of Vacatur of Convictions | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 262 | 5-30-95 Bull Report re FBI Lewis Interview | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 263 | 6-1-95 Bull Memo re Lewis | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 264 | Pastore Photo | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 265 | DiLullo Photo | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 266 | DiNello Photo | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 267 | 2-22-96 Ruiz (Castro) Recantation to FBI | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 268 | 3-15-96 Roque Recantation to FBI | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 |

| | | prejudice/confusion |
|---|---|---|
| 269 | 11-27-86 Ortiz Recantation to FBI | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 270 | 4-15-97 Connecticut v. Valentine Decision | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 271 | 1-28-91 Cartoceti Report (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 272 | 4-12-91 Greene Report (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 273 | 3-4-96 Greene Mal Pros Verdict (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 274 | 3-4-96 Greene False Arrest Verdict (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 275 | 3-4-96 Sweeney Mal Pros Verdict (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 276 | 3-4-96 Sweeney False Arrest Verdict (Ham) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |
| 277 | Anthony Stevenson Photo | AGREED |
| 278 | Timothy McDonald Photo | AGREED |
| 279 | Jones Photo | AGREED |
| 280 | Damian Thomas Photo | AGREED |
| 281 | Photo of 36 Beers St | AGREED |
| 282 | Dease Photo | AGREED |
| 283 | Rodriguez Report (Medina v. Daytona Beach) | OBJECTION-Hearsay, FRE 401 relevance, FRE 403 prejudice/confusion |