# APPENDIX 2

## Exhibits Offered by Defendant City of New Haven

| Number | Description | Objection (if any) |
| --- | --- | --- |
| 500 | Taft Homicide File ID ONLY | 402 in part, 403 in part (prejudice, confusion, and waste of time), 702 in part, 802 (hearsay) in part, lack of fair notice as to which specific documents Defendants intend to offer, illegible in part |
| 501 | P's Ex 34 - 2-9-94 Stmt by Anthony Little ID ONLY | |
| 502 | P's Ex 35 - 2-9-94 Stmt by Alfred Kitchens ID ONLY | |
| 503 | P's Ex 39 - 2-18-94 Stmt by Arthur Brantley ID ONLY | |
| 504 | P's Ex 40 - 2-18-94 Audio Stmt by Arthur Brantley ID ONLY | |
| 505 | 3-15-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 506 | 3-20-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 507 | 3-21-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 508 | 3-23-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 509 | 3-24-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |

| 510 | 3-27-95 State v. Carmon Trial Transcript V1 | As to nonjury portions, 402, 403 (confusion, prejudice).PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 511 | 3-28-95 State v. Carmon Trial Transcript V2 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 512 | 3-29-95 State v. Carmon Trial Transcript V2 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 513 | 3-30-95 State v. Carmon Trial Transcript V2 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 514 | 3-31-95 State v. Carmon Trial Transcript V3 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 515 | 4-3-95 State v. Carmon Trial Transcript V3 | As to nonjury portions, 402, 403 (confusion, prejudice).PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 516 | 4-4-95 State v. Carmon Trial Transcript V3 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 517 | 4-5-95 State v. Carmon Trial Transcript V3 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 518 | 4-6-95 State v. Carmon Trial Transcript V3 | 402 (entire exhibit is outside the presence of the jury and non-substantive), 403 (confusion). PX128 contains all jury portions |

| | | |
|---|---|---|
| | | of *State v. Carmon* trial transcript. |
| 519 | 4-7-95 State v. Carmon Trial Transcript V3 | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 520 | 5-26-95 State v. Carmon Sentencing Hearing | 402, 403 (prejudice), 701[1] |
| 521 | State v. Carmon, 47 Conn. App. 813 (1998) ID ONLY | 402, 403 (prejudice, confusion) |
| 522 | Carmon v. Warden, 2002 WL 31600999 (2002) (denying Habeas #1) ID ONLY | 402, 403 (prejudice, confusion) |
| 523 | Carmon v. Warden, 2006 WL 3491669 (2006) (denying Habeas #2) ID ONLY | 402, 403 (prejudice, confusion) |
| 524 | Carmon v. Comm'r of Correction, 114 Conn. App 484, cert. denied, 293 Conn 906 (2009)(affirming denial of Habeas #2) ID ONLY | 402, 403 (prejudice, confusion) |
| 525 | Carmon v. Comm'r of Correction, 148 Conn. App. 780 (2014) (denial of 3rd Habeas petition) ID ONLY | 402, 403 (prejudice, confusion) |
| 526 | Carmon v. Warden 2016 WL 391216 (2016) (Denial of Habeas petition #4) ID ONLY | 402, 403 (prejudice, confusion) |
| 527 | Carmon v. Comm'r of Corrections, 178 Conn. App. 356 (2017) (affirming denial of 4th Habeas petition) ID ONLY | 402, 403 (prejudice, confusion) |
| 528 | 2-15-94 Carmon Statement—audio exhibit | |
| 529 | Carmon testimony- Carmon v. State Prison Warden (TSR-CV13-4005289-S) ID ONLY | 402 in part, 403 (prejudice) in part, attorney-client privilege in part |
| 530 | Carmon testimony- Carmon v. Warden (CV 03-0474044) ID ONLY | 402 in part, 403 (prejudice) in part, attorney-client privilege in part |
| 531 | Carmon testimony (2 dates)- Carmon v. State (CV 98-4111202): 5/10/02 and 5/22/02 BOTH ID ONLY | 402 in part, 403 (prejudice) in part, attorney-client privilege in part |
| 532 | Koenig deposition-ID ONLY | 802 (hearsay) |
| 533 | Koenig report-ID ONLY | 802 (hearsay) |

---

[1] Plaintiff objects to DX520-527 as irrelevant, prejudicial, and confusing. If the Court admits decisions from prior post-conviction proceedings, Plaintiff intends to offer *Carmon v. State*, No. NNH CV20-6107902, 2022 WL 17423683, *8-16 (Nov. 30, 2022).

| 534 | Annotated Transcript of Carmon statement (subject to corrections noted at Koenig deposition) | 403 (confusion – *see* PX151 (corrected version)) |
|---|---|---|
| 535 | Transcript of Carmon statement with markings prepared by Nick Barreiro | 802 (hearsay), 901 |
| 536 | Transcript of Adam Carmon Statement | |
| 537 | Rights waiver signed by Adam Carmon | 901 |
| 538 | WITHDRAWN | |
| 539 | WITHDRAWN | |
| 540 | 2-3-23 J. Pettola Depo ID ONLY | 802 (hearsay), 402 in part |
| 541 | 6-6-23 J. Pettola Depo V2 ID ONLY | 802 (hearsay), 402 in part |
| 542 | Ex 12 - Pltf DCJ Case Preparation presentation, excerpts | |
| 543 | Ex 13 - Pltf NHPD Training Bulletin 8.3 | |
| 544 | 2-29-24 B. Donnelly Depo (Full) ID ONLY | 402, 403, 602, and 802 (hearsay); any relevant portion Defendants seek to introduce should be designated |
| 545 | Ex 61 - Pltf End of Investigation Compilation, ID ONLY | 403 (confusion) |
| 546 | Exhibit R, 10-31-1996 FBI memo SAO1605-06 | |
| 547 | Scott Lewis letter to Lisa Bull received 1-31-1996 | |
| 548 | Ex K - 2-16-97 FBI memo by Donnelly re final interview of Ruiz and Attorney Moscowitz | |
| 549 | 4-5-23 V. Raucci, Depo V1 ID ONLY | 402, 403, 602, and 802 (hearsay); any relevant portion Defendants seek to introduce should be designated |
| 550 | 4-6-23 V. Raucci Depo V2 ID Only | 402, 403, 602, and 802 (hearsay); any relevant portion Defendants seek to introduce should be designated |
| 551 | 5-9-23 V. Raucci Depo V3 ID ONLY | 402, 403, 602, and 802 (hearsay); any relevant portion Defendants seek to introduce should be designated |
| 552 | Ex 1 - Pltf Turner-Fields Murder Investigation Documents Chronological ID ONLY | 402 in part, 403 in part (prejudice, confusion, cumulative), 802 (hearsay) |

| | | |
|---|---|---|
| | | in part, lack of fair notice as to which specific documents Defendants intend to offer to the jury, illegible in part |
| 553 | Ex 17 - Pltf 1992_02_04 Milly Martinez Police Statement ID ONLY | |
| 554 | Ex 2 - Pltf 1991_05_28 Agustin Castro "Ovil Ruiz" 2nd Statement to Police | |
| 555 | Ex A - City 05.28.1991 - Ovil Ruiz.mp3 | |
| 556 | Ex B - City 05.28.1991 - Ovil Ruiz Continued.mp3 | |
| 557 | Ex C - City 01.16.1991- Stefon Morant.mp3 | |
| 558 | Ex D - City 01.14.1991 - Ovil Ruiz.mp3 | |
| 559 | Ex E - City 07.1992- Cocaine Purchase.mp3 | 402, 403 (confusion and waste of time), 901 |
| 560 | Ex F - City 01.17.1991- Scott Lewis.mp3 | |
| 561 | Ex G - City 02.02.1991- Hector Ortiz.mp3 | |
| 562 | Ex H - City 01.15.1991- Jose Roque.mp3 | |
| 563 | Ex I - City 02.04.1992- Millie Martinez.mp3 | |
| 564 | N. Pastore Depo V1 ID ONLY | 402, 403, and 602 in part; any relevant portion Defendants seek to introduce should be designated |
| 565 | 1-24-24 N. Pastore Depo V2 ID ONLY | 402, 403, and 602 in part; any relevant portion Defendants seek to introduce should be designated |
| 566 | Ex 28 - Pltf 1991-02-13 Ham arrest warrant, ID ONLY | |
| 567 | 1-17-24 R. Dell Depo | 802; 402, 403, and 602 in part; any relevant portion Defendants seek to introduce should be designated |
| 568 | Ex 2 - Pltf 1991_05_28 Agustin Castro "Ovil Ruiz" 2nd Statement to Police, | |
| 569 | Ex 3  - Pltf 1991 Scott Lewis Arrest Warrant, PLTF-Morant 000774- 777 | |
| 570 | 1974 - 2000 General Orders | 402, 403 (confusion, waste of time) |
| 571 | 1989, 02 Preservation of 911 tapes-stmts | Duplicative of DX 543 |
| 572 | Division of Criminal Justice Case Prep | Duplicative of DX 542 |

| 573 | General Orders Misc | 402, 403 (confusion, waste of time) |
|---|---|---|
| 574 | NEW 1992 Laws of Arrest | 402, 901 |
| 575 | NHPD_GO | 402, 403 (confusion, waste of time) |
| 576 | Connecticut Uniform Crime Reports | 402 |
| 577 | 1-18-24 B. Sullivan Depo V2 ID ONLY | 402, 403, 602, and 802 (hearsay) |
| 578 | 11-7-23 B. Sullivan Depo V1 ID ONLY | 402, 403, 602, and 802 (hearsay) |
| 579 | Ex Q - City 1-16-91 Stmt by S Morant to NHPD | |
| 580 | 01-14-1991 - Ovil Ruiz (NH000340-NH000359) | |
| 581 | Letter by Mr. Guy Wolf, III, pages 1-6 | Duplicative of DX 542 |
| 582 | Training Records for Detective Raucci, dated October 17, 1996, pages 1-32. | 402 in part, Fed. R. Civ. P. 26(a)(1)(A)(ii) |
| 583 | Training Records for Detective Maher, pages 1-30 | 402 in part, Fed. R. Civ. P. 26(a)(1)(A)(ii) |
| 584 | Case/Incident Report, Regarding Detective Raucci's arrest and suspension by Chief Pastore, pages 1-20 ID ONLY | |
| 585 | NHPD Personnel Memorandum 86-15, regarding Detective Raucci, pages 1 – 87 ID ONLY | 402, Fed. R. Civ. P. 26(a)(1)(A)(ii) |
| 586 | Detective Raucci personnel record, pages 1-102 ID ONLY | 402 in part, 403 (waste of time), lack of fair notice as to which specific documents Defendants intend to offer |
| 587 | Detective Raucci personnel record, pages 1 – 180, ID ONLY | 402 in part, 403 (waste of time), lack of fair notice as to which specific documents Defendants intend to offer |
| 588 | Letter from the Board of Police Commissioners, City of New Haven, regarding Detective Raucci, dated December 20, 1996 ID ONLY | |
| 589 | State of Connecticut, Police Officer Standards and Training Council (POST), Connecticut Police Academy, dated October 17, 1996, pages 1-23 ID ONLY | |
| 590 | Westlaw Classic, 117 Conn.App, 279, Commissioner of Correction, No. 28990 ID ONLY | 402, 403 (prejudice, confusion) |

| 591 | Westlaw Classic, 2007 WL 1893329, No. CV020485200S, June 12, 2007 ID ONLY | 402, 403 (prejudice, confusion) |
|---|---|---|
| 592 | Morant v. State (Conn App 2002) No. 20959 ID ONLY | 402, 403 (prejudice, confusion) |
| 593 | Westlaw Classic, Stefon Morant v State of Connecticut, No. CV 970398736S ID ONLY | 402, 403 (prejudice, confusion) |
| 594 | Westlaw Classic, Stefon Morant v. State of Connecticut, No. 398736, dated June 5, 2000 ID ONLY | 402, 403 (prejudice, confusion) |
| 595 | State v. Morant (Conn 1997) No. 15194 ID ONLY | 402, 403 (prejudice, confusion) |
| 596 | 5-14-24, 5-15-24 J. Greene Depos w-Exhibits (13-22, 26-29) Volume 1 Exhibits: ID ONLY | 402, 403, 602, and 802 (hearsay) |
| 597 | P's Ex 13 - Incident Report by Greene ID ONLY | |
| 598 | P's Ex 14 - Report re Coleman Formal Stmt by Greene ID ONLY | |
| 599 | P's Ex 15 - Formal Stmt of Coleman taken by Greene ID ONLY | |
| 600 | P's Ex 17 - Case Report by Det. DiLullo ID ONLY | |
| 601 | P's Ex 18 - Recorded Stmt Higgins ID ONLY | |
| 602 | P's Ex 19 - 10-10-91 Greene Report ID ONLY | |
| 603 | P's Ex 20 - 5-10-90 Case Incident Rpt by Greene ID ONLY | |
| 604 | P's Ex 22 - 1-21-90 Case Rpt by Greene ID ONLY | |
| 605 | P's Ex 27 - CT Supreme Court Dec Affirming Verdict as to Greene-Sweeney ID ONLY | |
| 606 | P's Ex 28 - Arrest Warrant Application-Valentine ID ONLY | |
| 607 | P's Ex 29 - 5-10-90 Incident Rpt by Greene re Gamble ID ONLY | |
| 608 | Testimony of Leroy Dease, State v. Carmon 3-31-95 | 402 in part, 403 as to colloquy, Defendant should designate any relevant portions it wishes to offer |
| 609 | Testimony of Leroy Dease, State v. Carmon 4-3-95 | 402 in part, 403 as to colloquy, Defendant should designate any relevant portions it wishes to offer |
| 610 | Testimony of Leroy Dease, State v. Carmon 4-4-95 | 402 in part, 403 as to colloquy, Defendant should designate any relevant portions it wishes to offer |

| 611 | Testimony of Leroy Dease, Carmon v. Warden 5-22-02 | 402 in part, 403 as to colloquy, Defendant should designate any relevant portions it wishes to offer |
|---|---|---|
| 612 | Statement of Jamie Stanley 2-5-94 typed | |
| 613 | Statement of Jamie Stanley 2-5-94 audio | |
| 614 | Statement of Jamie Stanley 2-22-94 typed | |
| 615 | Statement of Jamie Stanley 2-22-94 audio | |
| 616 | Statement of Jamie Stanley 5-25-94 typed | 402, 403 (prejudice), 602, 802, 901 |
| 617 | Transcript of Jaime Stanley Testimony 4-7-94 pp 153-162 | 402 in part (pages of exhibit that are not Stanley's testimony, and Stanley's testimony was outside presence of jury); 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer.[2] |
| 618 | Transcript of Jaime Stanley Testimony 3-24-95 pp 265-311 and 375-479 | 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 619 | Statement of Raymond Jones, 2-16-94 typed | |
| 620 | Statement of Raymond Jones, 2-16-94 audio | |
| 621 | Transcript of Raymond Jones Testimony 4-3-95 pp 1198-1279 and pp1299-1390 | 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 622 | Transcript of Anthony Stevenson Testimony 4-7-94 pp 11-49 | 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 623 | Transcript of Anthony Stevenson Testimony 3-28-95 pp 589-636 | 403 as to colloquy, waste of time, and cumulative; |

[2] Defendants have included each of the transcripts incorporated as DX617-618, 621-623, and 627-632 as designated testimony – that is, testimony that will be read to the jury. Plaintiff objects to these designations, as stated in his Motion in Limine to Preclude Improper Testimony Designations.

| | | |
|---|---|---|
| | | 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 624 | 2-10-94 Statement of Anthony Stevenson typed | |
| 625 | 2-15-94 Statement of Anthony Stevenson typed | |
| 626 | 2-15-94 Statement of Anthony Stevenson audio | |
| 627 | Transcript of Ralph DiNello Testimony 3-29-95 | 402 in part; 403 as to colloquy and waste of time; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 628 | Transcript of Anthony DiLullo Testimony 3-24-95 | 402 in part; 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 629 | Transcript of Anthony DiLullo Testimony 3-27-95 | 402 in part; 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 630 | Transcript of Anthony DiLullo Testimony 3-31-95 | 402 in part; 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 631 | Transcript of Anthony DiLullo Testimony 4-4-95 | 402 in part; 403 as to colloquy, waste of time, and cumulative; 804(b)(1) (see footnote 2). Defendant should designate any relevant portions it wishes to offer. |
| 632 | Transcript of Scott Backlowski Testimony 3-28-95 | 402 (relevance). Defendant should designate any |

| | | relevant portions it wishes to offer. |
|---|---|---|
| 633 | 4-7-94 Transcript of Adam Carmon statement and that of his attorney waiving probable cause hearing, and finding of the Court that probable cause for arrest exists pp 166-171 | 402, 403 (confusion, prejudice), 901 as to exhibit name |
| 634 | 810 Orchard Photo marked up by Jamie Stanley | |
| 635 | Presentence investigation, and notifications PL 0005516-0005527 | 402 in part, 403 (prejudice), 802, 701 |
| 636 | 810 Orchard St. Map 1 | |
| 637 | 810 Orchard street view 1 | 402, 403 (confusion), 901 |
| 638 | 810 Orchard St Street view 2 | 402, 403 (confusion), 901 |
| 639 | 810 Orchard St Aerial 1 | 402, 403 (confusion), 901 |
| 640 | 810 Orchard Aerial 2 | 402, 403 (confusion), 901 |
| 641 | Street View Front of 810 Orchard | 402, 403 (confusion), 901 |
| 642 | 810 Orchard Street view, looking from intersection | 402, 403 (confusion), 901 |
| 643 | Street View 810 Orchard looking at intersection with Munson | 402, 403 (confusion), 901 |
| 644 | Ex 1 - Pltf 1.15.1991 Jose Roque Typed Statement (p. 361)_Comments | 901 |
| 645 | Ex 1 - Pltf 2.2.1991 Hector Ortiz Typed Statement_Comments | 901 |
| 646 | Ex Q - City 1.16.1991- Stefon Morant Typed Statement_Comments | 901 |
| 647 | 4-7-94 State v Carmon 1st Habeas Hearing Testimony (pp166-171) ID ONLY | 402 (including as to colloquies), 403 (confusion, prejudice) |
| 648 | 5-10-02 Carmon v. Warden 1st Habeas Hearing Testimony (pp39-66) ID ONLY | 402 (including as to colloquies), 403 (confusion, prejudice) |
| 649 | 5-22-02 Carmon v. Warden 1st Habeas Hearing Testimony (pp25-31) ID ONLY | 402 (including as to colloquies), 403 (confusion, prejudice) |
| 650 | 2-15-06 Carmon v. Warden 2nd Habeas Hearing Testimony (pp26-40) ID ONLY | 402 (including as to colloquies), 403 (confusion, prejudice) |
| 651 | 12-7-15 Carmon v. Warden 4th Habeas Hearing Testimony (pp110-176) ID ONLY | 402 (including as to colloquies), 403 (confusion, prejudice) |
| 652 | Map of New Haven Showing Stanley & Carusone Homes | |