# APPENDIX 3
## Exhibits Offered by the Individual Defendants

| Exhibits Offered by Defendant Michael Sweeney | | |
|---|---|---|
| **Number** | **Description** | **Objection (if any)** |
| 801 | Transcript of testimony of Michael Sweeney, State of Connecticut v. Carmon, No. CR94-390840 (April 3, 1995), 1279–89 – ID ONLY | As to nonjury portions, 402, 403 (confusion, prejudice). PX128 contains all jury portions of *State v. Carmon* trial transcript. |
| 802 | Transcript of testimony of Michael Sweeney, Carmon v. Comm'r of Corr., No. NNH-CV19-5052879-S, Carmon v. State of Connecticut, No. NNH-CV206107902-S (April 26, 2022), 106–56 – ID ONLY | 802 |
| 803 | Transcript of testimony of Michael Sweeney, Carmon v. Comm'r of Corr., No. NNH-CV19-5052879-S, Carmon v. State of Connecticut, No. NNH-CV206107902-S (April 26, 2022), 167–96 – ID ONLY | 802 |
| 804 | Transcript of testimony of Michael Sweeney, Carmon v. Comm'r of Corr., No. NNH-CV19-5052879-S, Carmon v. State of Connecticut, No. NNH-CV206107902-S (April 27, 2022), 136–221 – ID ONLY | 802 |
| 805 | Transcript of testimony of Michael Sweeney, Carmon v. Comm'r of Corr., No. NNH-CV19-5052879-S, Carmon v. State of Connecticut, No. NNH-CV206107902-S (April 28, 2022), 12–133 – ID ONLY | 802 |
| 806 | Transcript of testimony of Michael Sweeney, Carmon v. Comm'r of Corr., No. NNH-CV19-5052879-S, Carmon v. State of Connecticut, No. NNH-CV206107902-S (May 2, 2022), 21–32 – ID ONLY | 802 |
| Exhibits Offered by Defendants Burton, Ponteau, and Carusone | | |
| 807 | Google Earth image – Stanley house, Carusone house. | |