UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ADAM CARMON,<br><br>      Plaintiff,<br><br>  -against-<br><br>CITY OF NEW HAVEN; LEE DEASE as Administrator of the Estate of Leroy Dease; MICHAEL SWEENEY; JAMES STEPHENSON; GILBERT BURTON; JAMES PONTEAU; and PETER CARUSONE, in their individual capacities;<br><br>      Defendants. | No. 3:23-CV-00944 (JCH)<br><br>January 1, 2026 |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

On December 18, 2025, Judge Kari A. Dooley denied without prejudice the City of New Haven's motion to bifurcate the trial in *Horn v. City of New Haven*, 3:18-cv-1502. Like this case, *Horn* and its companion case, *Jackson v. City of New Haven*, 3:18-cv-388,[1] raise claims based on the plaintiffs' wrongful convictions, including *Monell* claims against the City of New Haven. The transcript of the hearing during which Judge Dooley issued her ruling is attached as Exhibit A.

Judge Dooley identified a number of "logistical issues of trying the case in phases" and concerns "about duplication of evidence" and "about the evidentiary issues that are baked in to a bifurcation." Ex. A at 42:16-21. She denied the motion for

---

[1] *Horn* and *Jackson* were consolidated for discovery. On December 18, 2025, Judge Dooley consolidated them for trial as well. *See* Ex. A at 9:7-15.

bifurcation without prejudice to reconsider if "things com[e] to light that cause me to change my view in advance of the trial."

Dated: January 1, 2026

Respectfully submitted,

The Plaintiff
ADAM CARMON

By His Counsel:

*/s/ Alison Frick*
Douglas E. Lieb, ct31164
Alison Frick, *pro hac vice*
Shirley LaVarco, *pro hac vice*
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
dlieb@kllf-law.com
africk@kllf-law.com