DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ADAM CARMON | : | NO.: 3:23-CV-00944 (JCH) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL | : | FEBRUARY 20, 2026 |

## **DEFENDANT, CITY OF NEW HAVEN'S CORRECTED NOTICE RE LIST OF WITNESSES**

The City of New Haven hereby provides a corrected List of Witnesses by providing to the Court the specific expert disclosure made regarding Nicholas Bareirro on January 24, 2025. In the City's December 12, 2025 Notice re List of Witnesses, the City provided the following under Nicholas Barreiro Attachments: 2a. 1-23-25 Expert Analysis Report, 2b. Curriculum Vitae, 2c. expert testimony, and 2d. statement of fees, but inadvertently left out the formal disclosure document. [*See* Doc. #224 at ¶2.]

The City now respectfully requests that the Barreiro January 24, 2025 Disclosure of Retained Expert Witness be included as: 2e. 1-24-25 Disclosure of Retained Expert Witness on the original List of Witnesses dated December 12, 2025 [Doc. #224]. The requested document will be filed simultaneously under separate cover.

DEFENDANT,
CITY OF NEW HAVEN


By_____/s/ Thomas R. Gerarde_____
   Thomas R. Gerarde (ct05640)
   Alan R. Dembiczak (ct25755)
   Amanda E. Stone (ct31531)
   Lidia M. Michols (ct31789)
   Abigail R. Willauer (ct31834)
   Howd & Ludorf, LLC
   100 Great Meadow Road
   Suite 201
   Wethersfield, CT  06109
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: tgerarde@hl-law.com
   E-mail: adembiczak@hl-law.com
   E-mail:  astone@hl-law.com
   E-mail:  lmichols@hl-law.com
   E-mail: awillauer@hl-law.com