UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAM CARMON,                                    :        CIV. NO. 3:23-cv-00944(JCH)
      Plaintiff,                             :
                                             :
vs.                                             :
                                             :
CITY OF NEW HAVEN, ET AL.,                      :        APRIL 10, 2026
      Defendants.

**NOTICE REGARDING ORAL ARGUMENTS CONCERNING MOTIONS IN LIMINE**

Defendant James Stephenson respectfully files this notice regarding the hearing on motions in limine, which was originally scheduled for oral argument on March 10, 2026 (Doc. 317), then rescheduled to March 11, 2026 (Doc. 324), then rescheduled to April 21, 2026 (Doc. 325).

1.      On November 19, 2025, defendant Stephenson filed a Motion to Stay (Doc.184) the case while his interlocutory appeal is pending, which stay was granted by the Court on January 22, 2026 (Doc. 297).

2.      In light of the pending interlocutory appeal and the Court's order granting the Motion to Stay, Detective Stephenson has not participated in the preparation or filing of the Joint Trial Memorandum or any motions in limine. Accordingly, he has no position to advance and nothing to add at the scheduled oral argument on motions in limine.

3.      In addition, "[t]he filing of a notice of appeal ordinarily divests the district court of jurisdiction over issues decided in the order being appealed." Doe v. Waltzer, No. 24-2493, 2025 WL 733188, at *2 (2d Cir. Mar. 7, 2025) (quoting Carroll v. Trump, 88 F.4th 418, 433 (2d Cir. 2023)); see Pitterman v. Gen. Motors LLC, No. 3:14-CV-00967 (JCH), 2018 WL 6435902, at *1 (D. Conn. Dec. 7, 2018) (Hall, J.) ("It is well settled that '[t]he filing of a notice of appeal is an event of jurisdictional

1

significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting <u>Negron v. United States</u>, 394 F. App'x 788, 792 (2d Cir. 2010) and <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982))).

For the foregoing reasons, Detective James Stephenson respectfully notes for the record his position that his counsel be excused from appearing at the Oral Argument on Motions in Limine scheduled for April 21, 2026, pending resolution of his interlocutory appeal.

DEFENDANT, JAMES STEPHENSON

BY<u>/ss/ James N. Tallberg          </u>
James N. Tallberg
Federal Bar No.: ct17849
Kimberly A. Bosse
Federal Bar No.: ct31063
Karsten & Tallberg, LLC
500 Enterprise Drive, Ste. 4B
Rocky Hill, CT 06067
T: (860)233-5600
F: (860)233-5800
jtallberg@kt-lawfirm.com
kbosse@kt-lawfirm.com

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030

**<u>CERTIFICATION</u>**

I hereby certify that on April 10, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

<u>/ss/James N. Tallberg</u>
James N. Tallberg

**Karsten & Tallberg, LLC** • ATTORNEYS AT LAW
500 ENTERPRISE DRIVE, SUITE 4B • ROCKY HILL, CT 06067 • (860) 233-5600 • FAX: (860) 233-5800 • JURIS NO. 424030