UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ADAM CARMON                          :          NO.: 3:23-CV-00944 (JCH)
                                     :
v.                                   :
                                     :
CITY OF NEW HAVEN, ET AL             :          JULY 14, 2026

**DEFENDANT CITY OF NEW HAVEN'S NOTICE OF ADDITIONAL WITNESS ADDED
TO ITS "MAY CALL" LIST AT TRIAL**

The City of New Haven identified witnesses who are *Monell*-related that it may call at trial in the parties' Joint Trial Memorandum [Doc 215], at 17-18. The City of New Haven hereby adds Attorney Elliot Spector as a fact witness who may be called in the *Monell* portion of the case.

No party will be prejudiced by the addition of Mr. Spector to the "may call" witness list as trial is not scheduled to commence until January 2027. Attorney Spector will be the 14th witness that "may be" called at trial by the City of New Haven, to be added to the Joint Trial Memorandum [Doc 215] at 18, AS FOLLOWS:

14.    Elliot B. Spector, Esq.–fact witness will testify as to his training of New Haven Police Officers regarding obligations to disclose exculpatory and impeachment  evidence in the 1980's and 1990's.

DEFENDANT,
CITY OF NEW HAVEN


By */s/ Thomas R. Gerarde*
    Thomas R. Gerarde (ct05640)
    Alan R. Dembiczak (ct25755)
    Amanda E. Stone (ct31531)
    Lidia M. Michols (ct31789)
    Abigail R. Willauer (ct31834)
    Howd & Ludorf, LLC
    100 Great Meadow Road
    Suite 201
    Wethersfield, CT  06109
    Ph:  (860) 249-1361
    Fax:  (860) 249-7665
    E-mail: tgerarde@hl-law.com
    E-mail: adembiczak@hl-law.com
    E-mail:  astone@hl-law.com
    E-mail:  lmichols@hl-law.com
    E-mail: awillauer@hl-law.com