**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ADAM CARMON,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW HAVEN; LEE DEASE as<br>Administrator of the Estate of Leroy Dease;<br>MICHAEL SWEENEY; JAMES<br>STEPHENSON; GILBERT BURTON;<br>JAMES PONTEAU; and PETER<br>CARUSONE, in their individual capacities;<br><br>    Defendants. | No.  3:23-CV-00944 (JCH)<br><br>July 15, 2026 |

**RESPONSE TO DEFENDANT CITY OF NEW HAVEN'S**
**NOTICE OF ADDITIONAL WITNESS**

Plaintiff previously moved *in limine* to preclude Defendant City of New Haven from introducing, through the testimony of its own Rule 30(b)(6) designee, hearsay about training purportedly provided by Attorney Elliot Spector to the New Haven Police Department in the 1980s and 1990s. ECF No. 194. In response to Plaintiff's motion, the City purported to designate Attorney Spector as a "rebuttal witness." Plaintiff expressed his objections to the City and stated them in his reply in support of the motion. ECF No. 310 at 4 & Ex. C. The Court took the motion under advisement. ECF No. 331.

The City has now filed a notice purporting to add Attorney Spector to its witness list in its case-in-chief. ECF No. 340. For substantially the same reasons as he outlined earlier, Plaintiff continues to object. Without good cause, the City failed to disclose

Attorney Spector as a witness with discoverable information it may use to support its defenses pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i) and also missed the deadline to put Attorney Spector on its witness list. In the event the Court permits Attorney Spector to testify over Plaintiff's objection, Plaintiff will seek leave to take his deposition past the deadline.

Dated: July 15, 2026

Respectfully submitted,

The Plaintiff
ADAM CARMON

By His Counsel:

/s/
Douglas E. Lieb, ct31164
Alison Frick, *pro hac vice*
Shirley LaVarco, *pro hac vice*
Kaufman Lieb Lebowitz & Frick LLP
18 East 48th Street, Suite 802
New York, New York 10017
(212) 660-2332
dlieb@kllflaw.com
africk@kllflaw.com
slavarco@kllflaw.com