**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ADAM CARMON,<br>Plaintiff, | : | CIV. NO. 3:23-cv-00944 (JCH) |
| v. | : | |
| CITY OF NEW HAVEN, ET AL.,<br>Defendants. | : | AUGUST 18, 2026 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, DAVID KEENAN, as additional counsel for Plaintiff ADAM CARMON, in the above-referenced action.

The Plaintiff,
ADAM CARMON

By: /s/ David Keenan
David Keenan
Federal Bar No.: ct29707
Law Office of David Keenan
152 West 57th Street, 8th Floor
New York, NY 10019
Tel: (347) 460-4857
dkeenan@davidkeenanlaw.com

**CERTIFICATION**

I hereby certify that on August 18, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ David Keenan
David Keenan